## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 07-00008-01-CR-W-NKL |
| ) | |
| CARL BUSSEY, ) | |
| ) | January 10, 2008 |
| Defendant. ) | |

### MINUTE SHEET

HONORABLE Nanette Laughrey presiding at Kansas City, Missouri.
==================================================================
Nature of Proceeding: Oral Argument
Time: 11:03 a.m. - 11:57 a.m.
Plaintiff by: Linda Marshal
Defendant by: Patrick Peters

Comments:

The appearance of Mr. Bussey is waived by defendant.

The Court ruled as follows:
Defendant's Motion to Dismiss Counts 2 and 3 (Doc. 33) the Court adopted the R&R (Doc. 62).
Defendant's Motion to Dismiss Count 1 (Doc. 35) the Court adopted the R&R (Doc. 59).
Defendant's Motion to Dismiss Indictment or Show Cause for Contempt (Doc. 36). The Court adopted the R&R (Doc. 70). Defendant's Motion to Dismiss Count 4 (Doc. 37) the Court adopted the R&R (Doc. 63).

The government will renumber the Counts of the Indictment and change Count 4 to Count 3.

Argument presented by the parties on Defendant's Motion in Limine (Doc. 32). The Court ruled on the following issues in this motion:
    Exclude Irrelevant and Immaterial Evidence from Attorneys. The Court granted the motion on this issue.
    Exclude Irrelevant and Immaterial Evidence Concerning Deborah Neal's Bankruptcy. The Court granted the motion on this issue. The Court reserves for trial the issue of whether the bankruptcy petition can be admitted as a prior consistent statement.
    Letter from Deborah Neal's Attorney. The Court granted the motion.

Length of trial. The government estimated it will be completed with its case sometime on Tuesday. Mr. Peters estimated defendant's presentation will be completed by the end of the day on Tuesday.

The defendant requested all witnesses be excluded from the Courtroom during trial. The Court granted the request except as to Agent Schaffer.

Reporter: Katie Wirt
By: Renea Kanies, Courtroom Deputy